Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

RORY L. PERRY II
Sidney L. Christie Federal Bldg.
845 Fifth Avenue, Room 101
Huntington, WV 25701



FILED
MAR 2 8 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| **Control Number:** 216065 | **Agent:** MATRIX ENERGY, LLC |
| **Defendant:** SOUTHEASTERN LAND, LLC<br>2408 SIR BARTON WAY<br>SUITE 325<br>LEXINGTON, KY 40509 US | **County:** Federal<br>**Civil Action:** 3:18-CV-00077<br>**Certified Number:** 92148901125134100002287877<br>**Service Date:** 3/23/2018 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* **not to the Secretary of State's office.**

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| Ohio Valley Environmental Coalition, West Virginia Highlands Conservancy, West Virginis Rivers Coalition and Sierra Club <br><br> *Plaintiff(s)* <br><br> v. <br><br> Southeastern Land, LLC, and Fola Coal Company, LLC <br><br> *Defendant(s)* | Civil Action No. 3:18-cv-00077 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Southeastern Land, LLC
c/o MATRIX ENERGY, LLC
2408 SIR BARTON WAY
SUITE 325
LEXINGTON, KY, 405098305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: J. Michael Becher
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/24/2018      s/Rory L. Perry II
                     *Signature of Clerk or Deputy Clerk*

Case 3:18-cv-00077 Document 3 Filed 01/24/18 Page 2 of 2 PageID #: 27
Case 3:18-cv-00077 Document 4 Filed 03/28/18 Page 3 of 3 PageID #: 32
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00077

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: