# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL COALITION,
WEST VIRGINIA HIGHLANDS CONSERVANCY,
WEST VIRGINIA RIVERS COALITION,
and SIERRA CLUB,

    Plaintiffs,

v.           CIVIL ACTION NO. 3:18-cv-00077

SOUTHEASTERN LAND, LLC,

    Defendant.

## CERTIFICATE OF SERVICE

  I, Jared M. Tully, do hereby certify that a copy of **DEFENDANT'S 26(a)(1) DISCLOSURES** was served upon the following via electronic mail this 30th day of July, 2018:

| | |
|---|---|
| J. Michael Becher, Esq.<br>Joseph M. Lovett, Esq.<br>Appalachian Mountain Advocates<br>P.O. Box 507<br>Lewisburg, WV 24901<br>mbecher@appalmad.org<br>jlovett@appalmad.org | James M. Hecker, Esq.<br>Trial Lawyers for Public Justice<br>Suite 200<br>1825 K Street, NW<br>Washington, D.C. 20006<br>jhecker@publicjustice.net |

        /s/ Jared M. Tully
        Jared M. Tully (WVSB #9444)