IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, et al.,

    Plaintiffs,

v.              Civil Action No. 3:18-0077
                (Consolidated with 2:17-3013)

FOLA COAL COMPANY, LLC,

    Defendant.

## CERTIFICATE OF SERVICE

  I, John C. Wilkinson, hereby certify that on September 20, 2018, I electronically filed this Certificate of Service for Defendant's "RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS" with the Clerk of the Court using the CM/ECF system.

  Also, I hereby certify that on September 20, 2018, I forwarded a copy of Defendant's "RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS" along with the Certificate of Service, to the following via electronic mail/electronic file transfer:

J. Michael Becher, Esquire
Joseph Mark Lovett, Esquire
P.O. Box 507
Lewisburg, West Virginia 24901


James M. Hecker, Esquire
Suite 630
1620 L Street, NW
Washington, DC 20036


/s/ John C. Wilkinson
John C. Wilkinson (WV Bar # 8869)